JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXT GENERATION, INC., and ROBERT NADLER, <br><br> Plaintiffs, <br><br> vs. <br><br> ECOLINE INDUSTRIAL SUPPLY, INC., AGATHA PERRIN, JUDY McCARTHY GABRIELLE L. WELLS, DANNY RETO, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: CV 10-2958 DSF (SHx) <br><br><br> JUDGMENT |

The Court having determined that it lacks subject matter jurisdiction over this action,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed without prejudice, and that defendants recover just costs pursuant to 28 U.S.C. § 1919.

Dated: 6/4/10

_____
Dale S. Fischer
United States District Judge